# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>ROBERT CARLOS ROMO,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:24-CR-00066-AB<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

Upon motion of _Defendant's Counsel_____, IT IS ORDERED that a detention hearing is set for _____ March 7_ , _2024_____, at _11:00_____ ☒a.m. / ☐p.m. before the Honorable _Michael R. Wilner, U.S. Magistrate Judge_____, in Courtroom _550_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __March 5, 2024_____        /s/ Hon. Michael R. Wilner_____
                                        U.S. ~~District Judge~~/Magistrate Judge